Date: 02/03/11  Page: 1

## DIVIDENDS REMITTED TO THE COURT
Check Number 105 Dated 02/03/11
Case Number 09-38656 - JENNINGS, DONALD PAUL

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706<br>　FINAL DISTRIBUTION<br>　7205/30483 | 000002 | 31,820.81 | 2.05 |
| US DEPT OF EDUCATION<br>DIRECT LOAN SVCG<br>PO BOX 5609<br>GREENVILLE, TX 75403-5609<br>　FINAL DISTRIBUTION<br>　7205/9758 | 000003 | 8,912.60 | 0.57 |
| US DEPT OF EDUCATION<br>DIRECT LOAN SVCG<br>PO BOX 5609<br>GREENVILLE, TX 75403-5609<br>　FINAL DISTRIBUTION<br>　7205-2 | 000004 | 2,308.07 | 0.15 |
| ---------- Remittance Total ---------- | | 43,041.48 | 2.77 |

*John A. Hedback, Trustee*

COURT1  PCC #3303

Printed: 02/03/11 10:24 AM   Ver: 16.01c